No. 04–7709. PERKINS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–7711. REEVES v. MORTON, WARDEN. Super. Ct. Charlton County, Ga. Certiorari denied.

No. 04–7713. KEFAUVER v. HOGAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7714. MCGRAW v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–7715. ANDERSON v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7716. BURNETT v. WALKER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–7717. ASLAN v. SHEANAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7719. WALTON v. HUMPHREY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–7720. SANCHEZ VASQUEZ v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7722. TERRY v. FREDERICK, WARDEN. Cir. Ct. Boone County, W. Va. Certiorari denied.

No. 04–7723. VAUGHN v. FIFTH THIRD BANK. Sup. Ct. Tenn. Certiorari denied.

No. 04–7726. PIZIO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–7727. FADAEL v. S & S STRAND. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–7732. JEFFRIES v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 04–7733. JABAAY v. JABAAY ET AL. Ct. App. Ind. Certiorari denied.

No. 04–7734. KING v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.